UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JARROD MCDOWELL,

    Plaintiff,

v.     Case No. 5:21-cv-61-TKW-MJF

K. DAVIS, *et al*.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court upon referral from the clerk of the court. On March 22, 2021, this court ordered Plaintiff to pay the $402.00 fee for filing this civil action, or correct the deficiency in his application to proceed *in forma pauperis* by filing a signed prisoner consent form and updated account statement. (Doc. 4). The court required Plaintiff to comply with the order on or before April 22, 2021, and warned him that failure to do so likely would result in dismissal of this case. (*Id*. at 3). Plaintiff has not complied with the order and has not responded to the May 7, 2021, show cause order. (Doc. 5).[1]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

---

[1] Plaintiff's deadline to respond to the show cause order was May 21, 2021. (Doc. 5).

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[2]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 14th day of June, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**

---

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").